FILED
2015 Aug-28 AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **EMERSON O. DAVIS,** | } | |
| Petitioner, | } | |
| v. | } | Case No.: 1:12-cv-02472-RDP-SGC |
| **WARDEN, FCI TALLADEGA,** | } | |
| Defendant. | } | |

## MEMORANDUM OPINION

On August 18, 2015, the Magistrate Judge filed a Report and Recommendation (Doc. #21), recommending that this § 2241 petition be dismissed without prejudice for lack of jurisdiction. The parties were advised of their right to file specific written objections. Plaintiff has filed objections to the report and recommendation. (Doc. # 22).

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation and Plaintiff's objections, the court is of the opinion that the Magistrate Judge's report is due to be and hereby is adopted and the recommendation is accepted.

A separate order will be entered.

**DONE** and **ORDERED** this August 28, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE